**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

M.B.D.,                                            :
                                                   :
        Petitioner,                       :
                                                   :
v.                                                 :        Case No. 4:26-cv-220-CDL-ALS
                                                   :
Warden, STEWART DETENTION                          :
CENTER, *et al.*,                                  :
                                                   :
        Respondents.                      :

## ORDER

On February 6, 2026, Petitioner filed a counseled application for habeas corpus relief under 28 U.S.C. § 2241. (ECF No. 1). Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have **fourteen (14) days** to file a comprehensive response to said application. Within seven (7) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 9th day of February, 2026.

s/ **ALFREDA L. SHEPPARD**
UNITED STATES MAGISTRATE JUDGE